IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-20 (MTT) |
| | ) |
| CHRISTIAN FORBES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 24.  The defendant, along with one co-defendant, was indicted on April 11, 2023.  Doc. 1.  Defendant Christian Forbes had his arraignment in this Court on July 10, 2023.  Doc. 11.  Defendant Amari Boykin has not yet been arrested.  One prior continuance has been granted.  Doc. 22.  Defendant Forbes, by and through his counsel, now moves the Court to continue this case to the next trial term to allow sufficient time for the co-defendant, Amari Boykin, to be brought before this Court for an arraignment as well as allow the parties additional time to explore plea negotiations.  Doc. 24 at 2.  The government does not oppose the motion.  *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 24) is **GRANTED**.  The case is continued from the November term until the Court's trial term presently scheduled for **January 8, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 18th day of October, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT